**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **DDR HOLDINGS, LLC** § § | |
| **Plaintiff and Counterclaim Defendant** § § § § | |
| v. § § | Civil Action No. 2-06CV-42-DF |
| **HOTELS.COM, L.P.,** *et al*. § § | |
| **Defendants and Counterclaim Plaintiffs.** § § § | |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S
MOTION TO CONTINUE HEARING ON MOTION TO STAY**

Defendants and Counterclaim Plaintiffs Hotels.com, L.P.; Expedia, Inc.; Travelocity.com LP; Site59.com, LLC; Internetwork Publishing Corporation d/b/a Lodging.com; Neat Group Corporation; International Cruise & Excursion Gallery, Inc.; OurVacationStore.com, Inc.; National Leisure Group, Inc.; and Digital River, Inc. (collectively "Defendants") hereby submit this Response to Plaintiff's ("DDR") Motion to Continue Hearing on Motion to Stay.

In Defendants' Surreply in Opposition to Plaintiff's Motion to Stay, the Defendants alerted the Court that DDR received a Notice of Failure to Comply with Ex Parte Reexamination Request Filing Requirements and had 30 days to remedy the failure of compliance. The 30 day period has since expired without any action by the Plaintiff. Consequently, the Defendants communicated to DDR that the Motion to Stay is now moot. In response, DDR acknowledged that in order to continue their desired reexaminations of the patents-in-suit, it must file new reexamination applications with the Patent and Trademark Office – a process which would only restart the nearly three months of delay this Court and the Defendants have already experienced.

In light of the denied reexamination applications, the Defendants request that the Court deny Plaintiff's Motion to Stay as moot and either (1) convert the currently scheduled hearing on December 7, 2006 to a scheduling conference to discuss resetting the *Markman* deadlines and all other deadlines arising therefrom or (2) order a new date for such scheduling conference.[1]

Dated:  December 6, 2006           Respectfully submitted,

By: /s/ Neil J. McNabnay
Thomas M. Melsheimer
txm@fr.com
Texas Bar No. 13922550
Neil J. McNabnay
njm@fr.com
Texas Bar No. 24002583
Thomas H. Reger II
thr@fr.com
Texas Bar No. 24032992
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX  75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)

Lance Lee
llee@youngpickettlaw.com
Texas Bar No. 24004762
**YOUNG, PICKETT & LEE**
4122 Texas Blvd.
P. O. Box 1897
Texarkana, TX  75504
(903) 794-1303 (Telephone)
(903) 792-5098 (Facsimile)

Counsel for Defendants and Counterclaim Plaintiffs
**TRAVELOCITY.COM LP and SITE59.COM, LLC**

---

[1] Defendant National Leisure Group, Inc. submits that this action should be dismissed, as Plaintiff apparently does not want to proceed expeditiously, either with this civil action or with the re-examinations that it requested.

**DEFENDANTS' RESPONSE TO PLAINTIFF'S**
**MOTION TO CONTINUE HEARING ON MOTION TO STAY – Page 2**

By: /s/ Eric M. Albritton
Frederick A. Lorig
fredericklorig@quinnemanuel.com
**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000 (Telephone)
(213) 443-3100 (Facsimile)

Michael Carlinsky
michaelcarlinsky@quinnemanuel.com
Edward J. DeFranco
eddefranco@quinnemanuel.com
Eric Huang
erichuang@quinnemanuel.com
**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
51 Madison Ave., 22nd Floor
New York, NY 10010
(212) 849-7000 (Telephone)
(212) 849-7100 (Facsimile)

Eric M. Albritton
ema@emafirm.com
Texas Bar No. 00790215
**ALBRITTON LAW FIRM**
P.O. Box. 2649
Longview, TX 75606
(903) 757-8449 (Telephone)
(903) 758-7397 (Facsimile)

Counsel for Defendants and Counterclaim Plaintiffs
**HOTELS.COM, L.P. and EXPEDIA, INC.**

By: /s/ J. Thad Heartfield, Jr.
Fay E. Morisseau
fmorisseau@mwe.com
David M. Stein
dstein@mwe.com
**MCDERMOTT WILL & EMERY**
18191 Von Karman Avenue, Suite 400
Irvine, CA 92612-7108
(949) 851-0633 (Telephone)
(949) 851-9348 (Facsimile)

J. Thad Heartfield, Jr.
thad@jth-law.com
Texas Bar No. 09346800
**Law Offices of J. Thad Heartfield**
2195 Dowlen Road
Beaumont, TX 77706
(409) 866-3318 (office)
(409) 866-5789 (fax)

Counsel for Defendants and Counterclaim Plaintiffs
**INTERNETWORK PUBLISHING CORPORATION D/B/A LODGING.COM and NEAT GROUP CORPORATION**

By: /s/ Earl Glenn Thames, Jr.
Lawrence G. Kurland
lgkurland@bryancave.com
New York Bar No. 154607
**BRYAN CAVE LLP**
1290 Avenue of the Americas
New York, NY 10104-3300
(212) 541-1235 (Telephone)
(212) 904-0512 (Facsimile)

George C. Chen
gcchen@bryancave.com
Arizona Bar No. 019704
**BRYAN CAVE LLP**
Two N. Central Ave., Suite 2200
Phoenix, AZ 85004
(602) 364-7367 (Telephone)
(602) 364-7070 (Facsimile)

Earl Glenn Thames, Jr.
glennthames@potterminton.com
Texas Bar No. 00785097
**POTTER MINTON**
P.O. Box 359
Tyler, TX 75710
(903) 597-8311 (Telephone)
(903) 593-0846 (Facsimile)

Counsel for Defendants and Counterclaim Plaintiffs
**INTERNATIONAL CRUISE & EXCURSION GALLERY, INC. and OURVACATIONSTORE.COM, INC.**

By: /s/ Lance Lee
Norman H. Zivin
nzivin@cooperdunham.com
Eric D. Kirsch
ekirsch@cooperdunham.com
Tonia Sayour
tsayour@cooperdunham.com
**COOPER & DUNHAM LLP**
1185 Avenue of the Americas
New York, NY 10036
(212) 278-0400 (Telephone)
(212) 391-0525 (facsimile)

Lance Lee
wlancelee@aol.com
Texas Bar No. 24004762
**YOUNG PICKETT & LEE**
4122 Texas Blvd.
P.O. Box 1897
Texarkana, TX 75504-1897
(903) 794-1303 (Telephone)
(903) 794-5098 (Facsimile)

Counsel for Defendant and Counterclaim Plaintiff
**NATIONAL LEISURE GROUP, INC.**

By: /s/ Sidney Calvin Capshaw, III
Christopher K. Larus
clarus@fulbright.com
Krista D. Barrie
kbarrie@fulbright.com
Ronn B. Kreps
rkreps@fulbright.com
**FULBRIGHT & JAWORSKI LLP**
2100 IDS Center
80 South Eight St.
Minneapolis, MN 55402-2112
(612) 321-2800 (Telephone)
(612) 321-2288 (Facsimile)

Brett Christopher Govett
bgovett@fulbright.com
Texas Bar No. 08235900
**FULBRIGHT & JAWORSKI LLP**
2200 Ross Avenue, Ste. 2800
Dallas, TX 75201-2784
(214) 855-8000 (Telephone)
(214) 855-8200 (Facsimile)

Sidney Calvin Capshaw, III
ccapshaw@mailbmc.com
Texas Bar No. 03783900
Elizabeth L. DeRieux
ederieux@mailbmc.com
Texas Bar No. 05770585
**BROWN MCCARROLL**
1127 Judson Rd., Ste. 220
P.O. Box 3999
Longview, TX 75606-3999
(903) 236-9800 (Telephone)
(903) 236-8787 (Facsimile)

Robert M. Parker
rmparker@cox-internet.com
Texas Bar No. 15498000
Robert Christopher Bunt
cbunt@cox-internet.com
Texas Bar No. 00787165
**PARKER & BUNT, P.C.**
100 East Ferguson, Ste. 1114
Tyler, TX 75702
(903) 531-3535 (Telephone)
(903) 533-9687 (Facsimile)

Counsel for Defendant and Counterclaim Plaintiff
**DIGITAL RIVER, INC.**

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 6th day of December, 2006. Any other counsel of record will be served by first class mail.

                                                  /s/ J. Thad Heartfield  
                                                 J. Thad Heartfield