IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DDR HOLDINGS, LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | |
| § | CIVIL ACTION NO. 2:06-CV-00042 (DF) |
| HOTELS.COM, L.P.; EXPEDIA, INC.; § | |
| TRAVELOCITY.COM, L.P.; § | |
| SITE59.COM, LLC; § | |
| INTERNETWORK PUBLISHING § | |
| CORPORATION d/b/a LODGING.COM; § | |
| NEAT GROUP CORPORATION; § | |
| ORBITZ WORLDWIDE, LLC; § | |
| INTERNATIONAL CRUISE & § | |
| EXCURSION GALLERY, INC.; § | |
| OURVACATIONSTORE.COM, INC.; § | |
| NATIONAL LEISURE GROUP, INC.; § | |
| DIGITAL RIVER, INC., § | |
| § | |
| Defendants. § | |

## SCHEDULING ORDER

Having reviewed the stipulation submitted by the parties, the Court hereby enters the following Scheduling Order pursuant to this Court's Local Rule CV-16 and Fed. R. Civ. P. 16:

| STEP | ACTION | RULE | DUE DATE |
|---|---|---|---|
| 1 | Initial Case Management | Patent L.R. 2-1; FRCP 26(f) | 2/22/2011 at 11:30 a.m. in Texarkana |
| 2 | Patentee serves Disclosure of Asserted Claims and Infringement Contentions of a reasonable number of representative claims | Patent L.R. 3-1 | 4/15/2011 |
| 3 | Patentee Makes Supplemental Document Production Accompanying Disclosure | Patent L.R. 3-2 (Same as #2) | |
| 4 | All New Parties Serve Initial Disclosures | FRCP 26(a)(1) | 4/22/2011 |
| 4.1 | Identify mediator | | To be agreed to by counsel |
| 5 | Accused Infringers serve Invalidity Contentions & prior art | Patent L.R. 3-3 & 3-4(b) | 6/7/2011 |

| STEP | ACTION | RULE | DUE DATE |
|---|---|---|---|
| 6 | Accused Infringers make Supplemental Document Production (source code etc.) | Patent L.R. 3-4(a) | 6/17/2011 |
| 7 | All parties make Exchange of Proposed Terms and Claim Elements for Construction | Patent L.R. 4-1(a) | |
| 8 | Deadline for parties to begin to meet and confer to discuss list of Proposed Terms and Claim Elements for Construction | Patent L.R. 4-1(b) | 8/18/2011 |
| 8.1 | Patentee identifies no more than 10 claims | | |
| 9 | Deadline for early mediation at the Parties' request | | To be agreed to by counsel |
| 10 | All parties make Exchange of Preliminary Claim Constructions and Extrinsic Evidence | Patent L.R. 4-2 | 8/26/2011 |
| 11 | Deadline for parties to begin to meet and confer to discuss Preliminary Claim Constructions and Extrinsic Evidence | Patent L.R. 4-2(c) | 8/30/2011 |
| 12 | All parties jointly file Joint Claim Construction and Prehearing Statement | Patent L.R. 4-3 | 9/9/2011 |
| 13 | Deadline to join other parties without leave of Court, which shall be at least 60 days before the deadline for filing dispositive motions | (Same as #12) | |
| 14 | Deadline to file amended pleadings without leave of Court, which shall be at least 30 days before the deadline for filing dispositive motions | | 10/5/2011 |
| 15 | Completion of Claim Construction Discovery | Patent L.R. 4-4 | 9/2/2011 |
| 16 | Patentee files opening claim construction brief | Patent L.R. 4-5(a) | 9/23/2011 |
| 17 | Accused infringers file responsive claim construction brief | Patent L.R. 4-5(b) | 10/11/2011 |
| 18 | Patentee files reply brief on claim construction | Patent L.R. 4-5(c) | 10/20/2011 |

| STEP | ACTION | RULE | DUE DATE |
|---|---|---|---|
| 19 | Accused infringers file sur-reply brief on claim construction [ONLY WITH LEAVE OF COURT] | | 10/28/2011 |
| 20 | Parties file Joint Claim Construction Chart (at least 10 days before Claim Construction Hearing) | Patent L.R. 4-5(d) | 11/3/2011 |
| 21 | Pre-hearing Conference and technical tutorial if necessary | (Day before claim construction hearing) | 11/16/2011 at 2:00pm |
| 22 | Claim Construction Hearing | Patent L.R. 4-6 | 11/17/2011 at 9:00am (90 minutes per side) |
| 23 | Court's Claim Construction Ruling | (On or about 3 weeks after #22) | (Subject to the Court's schedule and/or use of a technical advisor) |
| 24 | Patentee makes Amended Infringement Contentions | Patent L.R. 3-6(a) | 30 days after claim construction ruling or 1/9/2012 whichever is later |
| 25 | Accused Infringer makes Amended Invalidity Contentions | Patent L.R. 3-6(b) | 14 days after deadline #24 [*estimated to be 1/23/2012*] |
| 26 | Accused Infringer makes disclosure relating to willfulness | Patent L.R. 3-7 (Same as #25) | |
| 27 | Deadline for completion of all fact discovery (at least 90 days before the final pre-trial conference) | | 49 days after deadline #25 [*estimated to be 3/12/2012*] |
| 28 | Deadline for disclosure of expert testimony on issues for which a party bears the burden of proof | FRCP 26(a)(2) L.R. CV-26(b) | 21 days after deadline #27 [*estimated to be 4/2/2012*] |
| 29 | Deadline for disclosure of rebuttal expert testimony | FRCP 26(a)(2) L.R. CV-26(b) | 28 days after deadline #28 [*estimated to be 4/30/2012*] |
| 30 | Deadline for completion of expert discovery | | 35 days after deadline #29 [*estimated to be 6/31/2012*] |
| 31 | Deadline for objections to other parties' expert witness | | 49 days after deadline #29 [*estimated to be 6/18/12*] |
| 32 | Deadline for filing dispositive motions, including motions on invalidity and unenforcability, which shall be at least 60 days before the initial pretrial conference | (Same as #31) | |
| 33 | Deadline for filing all *Daubert* motions | (Same as #31) | |
| 34 | Deadline for late mediation at the Parties' request | | 45 days after deadline #31 [*estimated to be 8/2/2012*] |

| STEP | ACTION | RULE | DUE DATE |
|---|---|---|---|
| 35 | Deadline for parties to make pretrial disclosures | FRCP 26(a)(3) | 7/3/2012 |
| 36 | Patentee to provide to other parties its information for Joint Final Pretrial Order, Proposed Jury Instruction and Verdict Form | (Same as #35) | |
| 37 | Defendants and Third-parties to Provide to Patentee their information for Joint Final Pretrial Order, Proposed Jury Instruction and Verdict Form | (Same as #35) | |
| 38 | Parties to file Proposed Joint Final Pretrial Order, Proposed Jury Instructions, Joint Verdict Forms and Motions in Limine. Prior to initial pretrial conference, parties shall confer with each other regarding the other party's Motion in Limine, deposition designations, and exhibit and shall submit to the Court in writing any objections they may have to the other parties' Motions in Limine, deposition designations, and exhibits | | 9/17/2012 |
| 39 | Initial Pretrial Conference and hearing on Motions in Limine if required and hearing on objections to deposition designations and exhibits | | To be determined |
| 40 | Final Pretrial Conference | | 10/1/2012 |
| 41 | Jury Selection | | 10/2/2012 |

**Signed this** 8 **day of September, 2011.**

*[signature: David Folsom]*

DAVID FOLSOM
UNITED STATES DISTRICT JUDGE