IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DDR HOLDINGS, LLC<br>    Plaintiff, | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 2:06-cv-42-JRG |
| | § | |
| HOTELS.COM, L.P., *et al.,*<br>    Defendants. | §<br>§<br>§<br>§ | |

**ORDER**

The Court previously ordered that leave of Court must be obtained for certain motions. The following table lists the letter briefs seeking such leave (identified by general topics and docket numbers) and the Court's ruling on whether leave is granted or denied:

| Request | Ruling on Request |
|---|---|
| Defendants: Motion to strike portions of Keller Report (Dkt. No. 387). | **GRANTED** |
| Defendants: *Daubert* Motion to Exclude Chandler testimony (Dkt. No. 388). | **GRANTED** |

**So ORDERED and SIGNED this 29th day of August, 2012.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE