UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DDR HOLDINGS, LLC,<br><br>    **Plaintiff and Counterdefendant,**<br><br>v.<br><br>HOTELS.COM, L.P.; EXPEDIA, INC.; TRAVELOCITY.COM L.P.; SITE59.COM LLC; INTERNETWORK PUBLISHING CORPORATION D/B/A LODGING.COM; NEAT GROUP CORPORATION; ORBITZ WORLDWIDE, LLC; INTERNATIONAL CRUISE & EXCURSION GALLERY, INC.; OURVACATIONSTORE, INC.; NATIONAL LEISURE GROUP, INC.; WORLD TRAVEL HOLDINGS, INC.; and DIGITAL RIVER, INC.,<br><br>    **Defendants and<br>    Counterclaimants.** | Civil Action No. 2:06-CV-42 (JRG)<br><br>Jury Trial Demand |

### DEFENDANTS' OPPOSED MOTION FOR EXPEDITED BRIEFING ON ITS MOTION TO STRIKE DDR'S SUPPLEMENTAL EXPERT REPORTS

Defendants[1] filed their motion to strike DDR Holdings, LLC's ("DDR") three amended and supplemental expert reports on Thursday, August 30, 2012. Given that trial is approaching in one month and the late timing of DDR's supplemental reports, Defendants respectfully request that the Court set an expedited briefing schedule for Defendants' motion. Defendants request the briefing schedule proceed as follows:

- Wednesday, September 5, 2012, DDR to file response.

---

[1] Defendants consist of Travelocity.com L.P., Site59.com, LLC, Expedia, Inc., Hotels.com, L.P., International Cruise & Excursion Gallery, Inc., OurVacationStore.com, Inc., National Leisure Group, Inc., World Travel Holdings, Inc. and Digital River, Inc.

- Friday, September 7, 2012, Defendants to file reply.

After the briefing is complete, Defendants are willing to attend a hearing to discuss the issues described in the parties' briefing if the Court so requests.

Dated:  August 31, 2012                     Respectfully submitted,

By: */s/ Thomas M. Melsheimer*
Thomas M. Melsheimer (TX Bar No. 13922550)
Neil J. McNabnay (TX Bar No. 24002583)
Carl E. Bruce (TX Bar No. 24036278)
David Conrad (TX Bar No. 24049042)
FISH & RICHARDSON P.C.
1717 Main St., Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091
Email: mcnabnay@fr.com; conrad@fr.com

Thomas B. Manuel (*Pro Hac Vice*)
FISH & RICHARDSON P.C.
500 Arguello St., Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071
Email: manuel@fr.com

Counsel for Defendants and Counterclaimants,
HOTELS.COM, L.P.; EXPEDIA, INC.;
TRAVELOCITY.COM L.P.; SITE59.COM LLC

Wesley Hill (TX Bar No. 24032294)
WARD & SMITH LAW FIRM
P.O. Box 1231
1127 Judson Rd., Ste. 220
Longview, Texas 75606-1231
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
Email: wh@wsfirm.com

Counsel for Defendants and Counterclaimants,
HOTELS.COM, L.P.; EXPEDIA, INC.;
TRAVELOCITY.COM L.P.; SITE59.COM LLC

By: */s/ George C. Chen*
   *(by Thomas M. Melsheimer, with permission)*
   E. Glenn Thames, Jr. (TX Bar No. 00785097)
   POTTER MINTON, P.C.
   110 N. College Ave., Suite 500
   Tyler, TX 75702
   Telephone: (903) 597-8311
   Facsimile: (903) 593-0846
   Email: glennthames@potterminton.com

   George C. Chen (*Pro Hac Vice*)
   Walter P. Opaska (*Pro Hac Vice*)
   BRYAN CAVE LLP
   Two North Central Ave., Suite 2200
   Phoenix, AZ 85004-4406
   Telephone: (602) 364-7367
   Facsimile: (602) 364-7070
   Email: george.chen@bryancave.com;
   walter.opaska@bryancave.com

   Lawrence G. Kurland (*Pro Hac Vice*)
   BRYAN CAVE LLP
   1290 Avenue of the Americas
   New York, NY 10104
   Telephone: (212) 541-1235
   Facsimile: (212) 541-4630
   Email: lgkurland@bryancave.com

   Counsel for Defendants and Counterclaimants,
   INTERNATIONAL CRUISE & EXCURSION
   GALLERY, INC.; OURVACATIONSTORE.COM,
   INC.

By: */s/ Norman H. Zivin*
*(by Thomas M. Melsheimer, with permission)*
Lance Lee
Email: wlancelee@aol.com
Texas Bar No. 24004762
5511 Plaza Drive
Texarkana, TX 75503
Tel: (903) 223-0276

Norman H. Zivin (*Pro Hac Vice*)
Tonia Sayour (*Pro Hac Vice)*
COOPER & DUNHAM LLP
30 Rockefeller Plaza
New York, NY 10112
Tel. (212) 278-0508
Fax (212) 391-0525
E-mail: nzivin@cooperdunham.com;
tsayour@cooperdunham.com

Counsel for Defendants and Counterclaimants,
NATIONAL LEISURE GROUP, INC.; WORLD
TRAVEL HOLDINGS, INC.

<8;;>
<8;;><8;;>
<8;;>
<8;;>
<8;;>
<8;;><8;;>
<8;;>
<8;;>

By: */s/ Brett C. Govett*
*(by Thomas M. Melsheimer, with permission)*
Brett C. Govett (TX Bar No. 08235900)
Dustin Mauck (TX Bar No. 24046373)
FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Ave., Suite 2800
Dallas, TX 75201-2784
Telephone: (214) 855-8000
Facsimile: (214) 855-8200
Email: bgovett@fulbright.com;
dmauck@fulbright.com

Ronn B. Kreps (*Pro Hac Vice*)
Erik G. Swenson (*Pro Hac Vice*)
FULBRIGHT & JAWORSKI L.L.P.
2100 IDS Center
80 South Eighth St.
Minneapolis, MN 55402-2112
Telephone: (612) 321-2800
Facsimile: (612) 321-2288
Email: rkreps@fulbright.com;
erik.swenson@fulbright.com

Counsel for Defendant and Counterclaimant,
DIGITAL RIVER, INC.

## CERTIFICATE OF CONFERENCE

The undersigned certifies that the parties have complied with the meet and confer requirement in Local Rule CV-7(h).  DDR is opposed to the relief requested herein.

*/s/ Carl Bruce*
Carl Bruce

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with notice of the filing of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a) on this 31st day of August, 2012.

*/s/ Carl Bruce*
Carl Bruce