# EXHIBIT 1

**Exhibit 1: History of Requests/Productions of Source code Prints**

A. ICE/OVS:

April 28, 2012 – DDR makes Request 1 to ICE/OVS.
May 1, 2012 – ICE/OVS produces files from Request 1.
May 10, 2012 – ICE/OVS re-produces Request 1 following print specifications.
June 29, 2012 – DDR makes Request 2 to ICE/OVS.
July 22, 2012 – DDR contacts ICE/OVS re deficiencies in production from Request 1.
July 31, 2012 – ICE/OVS produces files from Request 1.
July 31, 2012 – ICE/OVS produces files from Request 2.
August 8, 2012 – DDR follows up with ICE/OVS re deficiencies in production from Request 1.

B. Expedia:

June 7, 2012 – DDR sends Request 1 to Expedia.
June 20, 2012 – Expedia produces files from Request 1.
June 22, 2012 – DDR sends Request 2 to Expedia.
June 29, 2012 – Expedia produces files from Request 2.
June 29, 2012 – DDR sends Request 3 to Expedia.
June 29, 2012 – DDR sends Request 4 to Expedia.
July 12, 2012 – Expedia produces files from Request 3.
July 22, 2012 – DDR contacts Expedia re deficiencies in production from Request 1.
July 22, 2012 – DDR contacts Expedia re deficiencies in production from Request 2.
July 22, 2012 – DDR contacts Expedia re deficiencies in production from Request 3.
July 23, 2012 – DDR sends Request 5 to Expedia.
July 30, 2012 – Expedia produces files from Request 4.
July 30, 2012 – Expedia produces files from Request 5.
July 30, 2012 – DDR contacts Expedia re missing files from Request 2.
July 30, 2012 – DDR contacts Expedia re missing files from Request 3.
August 8, 2012 – DDR follows up with Expedia re deficiencies in production from Request 2.
August 8, 2012 – DDR follows up with Expedia re deficiencies in production from Request 3.
August 10, 2012 – Expedia produces files from Requests 2 & 3.

C. Travelocity:

June 7, 2012 – DDR sends Request 1 to Travelocity.
June 20, 2012 – Travelocity produces files from Request 1.
June 29, 2012 – DDR sends Request 2 to Travelocity.
June 29, 2012 – DDR sends Request 3 to Travelocity.
July 12, 2012 – Travelocity produces files from Request 2.
July 16, 2012 – Travelocity produces files from Request 2.
July 22, 2012 – DDR contacts Travelocity re deficiencies in production from Request 1.
July 22, 2012 – DDR contacts Travelocity re deficiencies in production from Request 2.
July 27, 2012 – Travelocity produces files from Request 3.
July 30, 2012 – DDR follows up with Travelocity re deficiencies in production from Request 2.

July 30, 2012 – DDR contacts Travelocity re files missing from Request 2.
July 30, 2012 – DDR follows up with Travelocity re deficiencies in production from Request 1.
August 8, 2012 – DDR follows up again with Travelocity re deficiencies from Request 1.
August 8, 2012 – DDR follows up again with Travelocity re deficiencies from Request 2.
August 10, 2012 –Travelocity produces files from Requests 1 & 2.

D. Digital River:

June 7, 2012 – DDR sends Request 1 to Digital River.
June 20, 2012 – DDR sends Request 2 to Digital River.
August 1, 2012 – Digital River produces files from Request 1.
August 7, 2012 – DDR contacts Digital River re files still missing from Request 1.
August 8, 2012 – DDR follows up with Digital River on status of Request 2.
August 10, 2012 – Digital River produces files from Request 2.
August 21, 2012 – DR produces two of the missing files from Request 1.
August 30, 2012 – Digital River produces remaining files from Request 2.
August 29, 2012 – DDR sends Request 3 to Digital River.
August 31, 2012 – DDR sends Request 4 to Digital River.