**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| DDR HOLDINGS, LLC | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:06-CV-42(JRG) |
| | § | |
| HOTELS.COM, ET AL. | § | |

**Teleconference**
**RODNEY GILSTRAP, JUDGE PRESIDING**
**September 27, 2012**

**OPEN: 1:45 pm**                                             **ADJOURN:   2:00 pm**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | LeElle Krompass |
| | Michael Smith |
| ATTORNEY FOR DEFENDANTS: | Jacob Maskovich |
| | Glenn Thames |
| LAW CLERK: | Nick Mathews |
| COURT REPORTER: | Susan Simmons |
| COURTROOM DEPUTY: | Becky Andrews |

Case called.   The parties identified themselves.

The Court announced that this teleconference is regarding docket #482 – Motion to Strike.   The Court stated the issues at hand and asked for clarification.

LeElle Krompass responded for plaintiff.

Jacob Maskovich also responded.

Discussion held with the parties and the Court.

The Court will carry this matter.