# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| DDR HOLDINGS, LLC | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:06-CV-42(JRG) |
| | § | |
| HOTELS.COM, ET AL. | § | |

**Final Pretrial Conference**
**RODNEY GILSTRAP, JUDGE PRESIDING**
October 2, 2012

**OPEN: 10:00 am**                                                                 **ADJOURN:   3:45 pm**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEY FOR DEFENDANTS: | See attached |
| LAW CLERK: | Nick Mathews |
| COURT REPORTER: | Shelly Holmes |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened.   Case called.   Michael Smith announced ready and introduced co-counsel.   Brett Govett announced ready.   Lance Lee announced ready.   Glenn Thames announced that his client has come to an agreement.   Mr. Thames presented more information for the Court.

10:10 - Regarding the Motion to Exclude Documents – Ophelia Camina updated the Court.   Brett Govett responded for defendants.   The Court will carry.

10:17 - Regarding the carried Motions in Limine – the Court made rulings.

10:18 – The Court requested further argument for a certain limine.   Ian Crosby argued further. Mr. Govett responded.   The Court ruled.

10:25 – Miriam Quinn presented a certain limine for defendants.   Michael Smith responded. Ms. Quinn responded.   Argument continued.   The Court ruled.

10:37 – Regarding outstanding exhibit objections – Ian Crosby presented plaintiff's objections to defendants' exhibits.   Dustin Mauck responded for defendants.   Brett Govett also responded. The Court made rulings.

11:45 – Break for lunch.

1:20 – The Court will now take up plaintiff's objections to defendants' exhibits.   Brett Govett responded to one of the objections presented before lunch.   Ophelia Camina responded.   Discussion held.   The Court ruled.

1:31 – Miriam Quinn presented defendants' objections to plaintiff's exhibits.   Brett Govett responded for plaintiff.   Lance Lee also presented objections.   The Court made rulings.

2:25 – Regarding the Motion to Strike – the Court will hear argument.   Brett Govett presented.

2:32 – Norman Zivin also presented for NLG.

2:33 – Response by Ian Crosby.

2:37 – Mr. Govett responded.

2:39 – Miriam Quinn presented their *Daubert* motion.

2:46 – Lance Lee argued further.

2:49 – Ophelia Camina responded for plaintiff.

2:56 – Ms. Quinn responded.

2:58 – Ms. Camina responded.   The Court ruled.

3:00 – Recess

3:10 – Ms. Camina brought up one issue that needs clarification.

3:14 – Ms. Quinn responded.   The Court ruled.

3:20 – Brett Govett argued motion for summary judgment for Digital River.

3:30 – Louis Hoffman responded for plaintiff.

3:40 – Brett Govett responded.

3:41 – Louis Hoffman responded.   The Court will take the matter under submission.

3:43 – Brett Govett brought up one housekeeping matter.   No response from plaintiff.   The Court ruled.

3:45 – Court adjourned.