IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DDR HOLDINGS, LLC, ) | |
| ) | |
|     Plaintiff and Counterdefendant, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2-06-CV—42 (RG) |
| ) | |
| HOTELS.COM, L.P., EXPEDIA, INC.; ) | |
| TRAVELOCITY.COM, L.P.; ) | |
| SITE59.COM, LLC; ) | **JURY TRIAL DEMANDED** |
| INTERNETWORK PUBLISHING ) | |
| CORPORATION d/b/a LODGING.COM; ) | |
| NEAT GROUP CORPORATION; ) | |
| ORBITZ WORLDWIDE, LLC; ) | |
| INTERNATIONAL CRUISE & ) | |
| EXCURSION GALLERY, INC.; ) | |
| OURVACATIONSTORE.COM, INC.; ) | |
| NATIONAL LEISURE GROUP, INC.; ) | |
| WORLD TRAVEL HOLDINGS, INC.; ) | |
| and DIGITAL RIVER, INC., ) | |
| ) | |
|     Defendants and Counterclaimants. | |

**PLAINTIFF'S NOTICE OF SERVICE OF THE FIFTH AMENDED
EXPERT REPORT ON DAMAGES OF MARK CHANDLER**

Pursuant to Local Rule CV-26 (c), Plaintiff, DDR Holdings, LLC provide notice that on October 6, 2012 they served on Defendants, Mr. Mark Chandler's Fifth Amended Expert Report on Damages. The disclosures of Mr. Mark Chandler have been provided in accordance with Fed. R. Civ. P. 26(a)(2) and the Court's Amended Scheduling Order [DI 340].

Dated October 6, 2012											Respectfully submitted,


											/s/ *LeElle Krompass*
											Ophelia F. Camiña
											Texas Bar No. 03681500
											Joseph C. Portera
											Texas Bar No. 24061137
											LeElle Krompass
											Texas Bar No. 24074549
											SUSMAN GODFREY L.L.P.
											901 Main Street, Suite 5100
											Dallas, Texas 75202
											Telephone:  214.754.1900
											Facsimile:   214.754.1933
											Email:   ocamina@susmangodfrey.com

											Ian B. Crosby
											Washington Bar No. 28461
											SUSMAN GODFREY L.L.P.
											1201 Third Avenue, Suite 3800
											Seattle, WA 98101-3000
											Telephone: 206.516.3861
											Facsimile: 206.516.3883
											Email: icrosby@susmangodfrey.com

											Louis J. Hoffman
											AZ Bar #009722 *(Pro Hac Vice)*
											14301 North 87th Street, Suite 312
											Scottsdale, Arizona 85260
											Telephone: 480.948.3295
											Facsimile: 480.948.3387
											Email: louis@valuablepatents.com

											Michael C. Smith
											Texas Bar # 18650410
											Siebman, Burg, Phillips & Smith, LLP
											113 East Austin Street
											Marshall, TX 75671
											Telephone: 903.938.8900
											Facsimile: 972.767-4620
											Email: michaelsmith@siebman.com

											ATTORNEYS FOR PLAINTIFF
											DDR HOLDINGS, LLC

2

## CERTIFICATE OF SERVICE

      I certify that this document was filed electronically pursuant to Local Rule CV-5(a) on the 6th day of October, 2012.  Pursuant to Local Rule CV-5(a)(3)(A), this electronic filing acts to electronically serve all counsel who have consented to electronic service via the Court's CM/ECF system and in addition has been served electronically pursuant to the Electronic Service Agreement.


                                                /s/ *LeElle Krompass*