FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

OCT 12 2012

DAVID J. MALAND, CLERK
BY
DEPUTY _____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DDR HOLDINGS, LLC, | § | |
|     *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:06-cv-42-JRG |
| | § | |
| DIGITAL RIVER, INC., NATIONAL | § | |
| LEISURE GROUP, INC. and WORLD | § | |
| TRAVEL HOLDINGS, INC. | § | |
|     *Defendants.* | § | |

## VERDICT FORM

In answering these questions, you are to follow all of the instructions I have given you in the Court's charge. As used herein, "DDR" means DDR Holdings, LLC. As used herein, "Digital River" means Digital River, Inc. As used herein, "NLG/WTH" means National Leisure Group, Inc. and World Travel Holdings, Inc.

**Question No. 1:**

Did DDR prove by a preponderance of the evidence that the following listed Defendants directly infringed the following asserted claims of each of the patents in suit? **Answer YES or NO.**

**Digital River**

'572 Patent Claims

Claim 13: __YES__

Claim 17: __YES__

Claim 20: __YES__

**NLG/WTH**

'572 Patent Claims

Claim 13: __YES__

Claim 17: __YES__

Claim 20: __YES__

'399 Patent Claims

Claim 1: __YES__

Claim 3: __YES__

Claim 19: __YES__

**Question No. 2:**

Did DDR prove by a preponderance of the evidence that the following listed Defendants induced infringement of the following asserted claims of the patents in suit? **Answer YES or NO.**

| Digital River | NLG/WTH |
|---|---|
| '572 Patent Claims | '572 Patent Claims |
| Claim 17: No | Claim 17: No |

**Question No. 3:**

ANSWER QUESTION 3 IF YOU ANSWERED "YES" FOR ANY OF THE CLAIMS LISTED IN QUESTIONS 1 OR 2.  OTHERWISE, DO NOT ANSWER QUESTION 3.

If you have found any of the claims infringed, did DDR prove by clear and convincing evidence that the Defendants' infringement was willful? **Answer YES or NO.**

| Digital River | NLG/WTH |
|---|---|
| '572 Patent: No | '572 Patent: No |
|  | '399 Patent: No |

**Question No. 4:**

Do you find that Defendants have proven by clear and convincing evidence that any of the following claims are invalid as being anticipated or obvious? **Answer YES or NO for each invalidity theory.**

|  | Anticipation | Obviousness |
|---|---|---|
| '572 Patent, Claim 13 | No | No |
| '572 Patent, Claim 17 | No | No |
| '572 Patent, Claim 20 | No | No |

2

Question No. 5:

ANSWER QUESTION 5 IF YOU HAVE FOUND AT LEAST ONE CLAIM LISTED IN QUESTIONS 1 OR 2 INFRINGED AND NOT INVALID. OTHERWISE, DO NOT ANSWER QUESTION 5.

What sum of money, if paid now in cash, do you find from a preponderance of the evidence would fairly and reasonably compensate DDR for the below Defendants' respective infringement through the time of trial? **Only award damages for those claims you find both infringed and not invalid.**

Digital River     $ 750,000.00

NLG/WTH        $ 750,000.00

Signed this 12th day of October, 2012.

3