IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DDR HOLDINGS, LLC, | ) | |
| | ) | |
| Plaintiff and Counterdefendant, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 2-06-CV—42 (RG) |
| | ) | |
| HOTELS.COM, L.P., EXPEDIA, INC.; | ) | |
| TRAVELOCITY.COM, L.P.; | ) | |
| SITE59.COM, LLC; | ) | **JURY TRIAL DEMANDED** |
| INTERNETWORK PUBLISHING | ) | |
| CORPORATION d/b/a LODGING.COM; | ) | |
| NEAT GROUP CORPORATION; | ) | |
| ORBITZ WORLDWIDE, LLC; | ) | |
| INTERNATIONAL CRUISE & | ) | |
| EXCURSION GALLERY, INC.; | ) | |
| OURVACATIONSTORE.COM, INC.; | ) | |
| NATIONAL LEISURE GROUP, INC.; | ) | |
| WORLD TRAVEL HOLDINGS, INC.; | ) | |
| and DIGITAL RIVER, INC., | ) | |
| | ) | |
| Defendants and Counterclaimants. | ) | |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The plaintiff DDR Holdings LLC, on the one hand, and defendants International Cruise & Excursion Gallery, Inc. ("ICE") and OurVacation Store.com, Inc. ("OVS") ("the Named Defendants"), on the other hand, pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action WITH PREJUDICE, only to the extent that they relate to the Named Defendants, with each party to bear their own costs, expenses, and attorneys' fees.

Respectfully submitted,

/s/ Ophelia F. Camina
Ophelia F. Camiña
Texas Bar No. 03681500
LeElle Krompass
Texas Bar No. 24074549
SUSMAN GODFREY L.L.P.
901 Main Street, Suite 5100
Dallas, Texas 75202
Telephone: 214.754.1900
Facsimile: 214.754.1933
Email: ocamina@susmangodfrey.com

Ian B. Crosby
Washington Bar No. 28461
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Telephone: 206.516.3861
Facsimile: 206.516.3883
Email: icrosby@susmangodfrey.com

Louis J. Hoffman
AZ Bar #009722 *(Pro Hac Vice)*
LOUIS J. HOFFMAN, P.C.
14301 North 87th Street, Suite 312
Scottsdale, Arizona 85260
Telephone: 480.948.3295
Facsimile: 480.948.3387
Email: louis@valuablepatents.com

Michael C. Smith
Texas Bar # 18650410
Siebman, Burg, Phillips & Smith, LLP
113 East Austin Street
Marshall, TX 75671
Telephone: 903.938.8900
Facsimile: 972.767-4620
Email: michaelsmith@siebman.com

ATTORNEYS FOR PLAINTIFF
DDR HOLDINGS, LLC

## CERTIFICATE OF SERVICE

    I certify that this document was filed electronically pursuant to Local Rule CV-5(a) on January ___, 2013. Pursuant to Local Rule CV-5(a)(3)(A), this electronic filing acts to electronically serve all counsel who have consented to electronic service via the Court's CM/ECF system and in addition has been served electronically pursuant to the Electronic Service Agreement.

                                                    /s/ Ophelia F. Camina