IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DDR HOLDINGS, LLC, <br><br>    Plaintiff and Counterdefendant, <br><br>vs. <br><br>HOTELS.COM, L.P., EXPEDIA, INC.; TRAVELOCITY.COM, L.P.; SITE59.COM, LLC; INTERNETWORK PUBLISHING CORPORATION d/b/a LODGING.COM; NEAT GROUP CORPORATION; ORBITZ WORLDWIDE, LLC; INTERNATIONAL CRUISE & EXCURSION GALLERY, INC.; OURVACATIONSTORE.COM, INC.; NATIONAL LEISURE GROUP, INC.; WORLD TRAVEL HOLDINGS, INC.; and DIGITAL RIVER, INC., <br><br>    Defendants and Counterclaimants. | CIVIL ACTION NO. 2-06-CV—42 (RG) <br><br>**JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration the Stipulated Motion for Dismissal with Prejudice of all claims and counterclaims asserted in this case between plaintiff, DDR Holdings, LLC on the one hand, and defendants International Cruise & Excursion Gallery, Inc. ("ICE") and OurVacation Store.com, Inc. ("OVS"), on the other hand, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED, AND DECREED that all claims and counterclaims asserted in this suit between plaintiff DDR Holdings, LLC, on the one hand, and defendants International Cruise & Excursion Gallery, Inc. ("ICE") and OurVacation Store.com, Inc. ("OVS") on the other hand, are hereby dismissed WITH PREJUDICE.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**So ORDERED and SIGNED this 28th day of January, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE