**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| DDR Holdings, LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:06-CV-42-JRG |
| HOTELS.COM, et al., | § § § | |
| *Defendants*. | § § | |

## ORDER

Conditioned upon and at such time that the mandate from the United States Court of Appeals for the Federal Circuit should issue, the Court hereby ORDERS the following:

- National Leisure Group and World Travel Holdings ("Defendants") shall submit briefing (within 14 days of issuance of the mandate) on what effect—if any—the Federal Circuit's invalidation of the U.S. Patent No. 6,993,572 shall have upon the jury's damages award herein and, to the extent it has an effect, whether or not Defendants have preserved their recourse to a new trial on damages. Plaintiff shall respond to Defendants' briefing within 14 days, and Defendants reply shall follow within 7 days; and

- Additionally, the Parties shall jointly mediate their disputes before the Hon. David Folsom c/o Jackson-Walker, Texarkana, Texas, no later than 45 days after the issuance of the mandate. Each party shall personally attend such mediation with lead and local counsel and with a corporate representative who has full and unilateral authority to compromise all pending disputes. No party or representative shall leave the mediation session, once it begins, without the

- 2 -

approval of the mediator. This district's applicable local rules shall otherwise govern and apply in all respects.

**So ORDERED and SIGNED this 9th day of December, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE