# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

13-1505

**DDR HOLDINGS, LLC,**
*Plaintiff-Appellee,*

v.

**HOTELS.COM, L.P., CENDANT TRAVEL DISTRIBUTION SERVICES GROUP, INC., EXPEDIA, INC., TRAVELOCITY.COM, L.P., SITE59.COM, LLC, INTERNATIONAL CRUISE & EXCURSION GALLERY, INC., OURVACATIONSTORE, INC., INTERNETWORK PUBLISHING CORPORATION, and ORBITZ WORLDWIDE, LLC,**
*Defendants,*

and

**NATIONAL LEISURE GROUP, INC. and WORLD TRAVEL HOLDINGS, INC.,**
*Defendants-Appellants,*

and

**DIGITAL RIVER, INC.,**
*Defendant.*

Appeal from the United States District Court for the Eastern District of Texas in No. 06-CV-0042, Judge J. Rodney Gilstrap.

## MANDATE

In accordance with the judgment of this Court, entered December 5, 2014, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

cc: Clerk of Court, Eastern District of Texas (Marshall)
Ian B. Crosby
Steven M. Geiszler
Louis James Hoffman
Richard Salgado
Tonia A. Sayour
Norman H. Zivin